UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARGARET M. SMITH,

    Plaintiff,

v.

Case No. 16-10325

Honorable Nancy G. Edmunds

RELIANT GROUP DEBT
MANAGEMENT SOLUTIONS, RG
FINANCIAL, RELIANCE EXCHANGE
GROUP LLC, ROSEN MANAGEMENT
SERVICES INC., JUQUETTA
DUGGANS, FREDERICK ROSS,
DARRELL HOLMES, DANIEL ROUSE,
TRIESTEN JOHNSON, ROMAN
KUTIKOV, ILYA KLIPNINISTER, TAHIR
KHUDAYAROV, WILLIE IVY,

    Defendants.   /

## JUDGMENT

Pursuant to the Court's Order filed on this date, August 8, 2018, Plaintiff's Motion for Default Judgment and awards damages in the amount of $1,000 in statutory damages pursuant to PDCPA, $5,000 in actual damages pursuant to FDCPA, $21,000 in statutory damages pursuant to TCPA, and $15,000 treble damages pursuant to MOC. The total award is $42,000.00.

    SO ORDERED.         s/ Nancy G. Edmunds
                                        Nancy G. Edmunds
Dated: August 8, 2018        U.S. District Judge

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 8, 2018, by electronic and/or ordinary mail.

                                                 s/Lisa Bartlett
                                               Case Manager