UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARGARET SMITH,

    Plaintiff,

v.

RELIANT GROUP DEBT MANAGEMENT SOLUTIONS, *et. al.*,

    Defendants.

                                    /

Case No. 16-10325

Honorable Nancy G. Edmunds

## ORDER AND OPINION ACCEPTING THE MAGISTRATE JUDGE'S NOVEMBER 28, 2018 REPORT AND RECOMMENDATION [73]

Currently before the Court is the magistrate judge's November 28, 2018 report and recommendation (ECF No. 73). The magistrate judge recommends that the Court grant Plaintiff's motion to award attorney fees (ECF No. 70). The Court is fully advised in the premises and has reviewed the record and the pleadings. Neither party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 09-10933, 2012 WL 3639070, at *1 (E.D.Mich. Aug. 24, 2012) (citation omitted). The Court nevertheless agrees with the magistrate judge's recommendation. The Court therefore ACCEPTS and ADOPTS the magistrate judge's report and recommendation and GRANTS Plaintiff's motion for attorney fees.

It is further ordered that Plaintiff is entitled to recover from defendant its attorney's fees in the amount of $32,270 and costs in the amount of $5,314.07.

SO ORDERED.

s/Nancy G. Edmunds
                             Nancy G. Edmunds
                             United States District Judge

Dated:  December 13, 2018

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 13, 2018, by electronic and/or ordinary mail.

                             s/Lisa Bartlett
                             Case Manager